# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| STANLEY E. KORNAFEL, | : | No. 55 MM 2018 |
|---|---|---|
| Petitioner | : | |
| v. | : | |
| DOTTIE GALLAGHER, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2018, the Petition for Extraordinary Writ is DENIED.